EMMA S. SMITH, Appellant, *v.* MARCELLA O'NEILL, Respondent, and THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Defendant.

Argued November 13, 1944; decided December 30, 1944.

*Edward A. Wolff* for appellant.

*Alvin I. Perlmutter* and *Marie R. Passannante* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.